```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TAKAHARU MIZUTANI              :     CIVIL ACTION
                               :
          v.                   :
                               :
THE HAPPY HUCKSTER, CORP.      :
d/b/a FARMART, et al.          :     NO. 11-4502
```

ORDER

      AND NOW, this 1st day of February, 2012, based on the findings and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendants "to dismiss and for summary judgment by way of Rule 12(d)" of the Federal Rules of Civil Procedure (Doc. #4) is DENIED.

                                      BY THE COURT:

                                      /s/ Harvey Bartle III
                                                                   J.